UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE DOE, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-17-2500 |
| TEXAS A&M UNIVERSITY, *et al.*, | § § § | |
| *Defendants*. | § § | |

**ORDER**

Plaintiff's motion to proceed under pseudonym (Dkt. 2) is GRANTED.

Signed at Houston, Texas on September 7, 2017.

_____
Gray H. Miller
United States District Judge