IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOHN DOE**, *Plaintiff*, <br><br> v. <br><br> **TEXAS A&M UNIVERSITY**, **DAYNA FORD**, as agent for Texas A&M University, **ROBIN SHUGLIE**, as agent for Texas A&M University, **GLENN STARNES**, as agent for Texas A&M University, **MIKE DULKE**, as agent for Texas A&M University, **KYLE MCCRACKEN**, as agent for Texas A&M University, **TERRI ALLISON**, as agent for Texas A&M University, **JOSHUA ISRINGHAUSEN**, as agent for Texas A&M University, **DALE NORRIS**, as agent for Texas A&M University, and **ANNE REBER**, as agent for Texas A&M University, *Defendants*. | CIVIL ACTION NO. 4:17-cv-02500 |

## JOINT ADVISORY TO THE COURT AND
## MOTION TO ABATE DEADLINES BY 90 DAYS

Plaintiff filed this suit on September 1, 2017, alleging violations of due process and Title IX, as well as state law claims. On November 6, 2017, Defendants timely filed a motion to dismiss all claims. Counsel have conferred. While Counsel have opposing legal arguments, they appreciate the benefit to their clients of collaborative discussions. In the interest of efficiency and judicial economy, Counsel jointly request an abatement until February 27, 2018 of all deadlines in the case, specifically including the deadline for Plaintiff's Response to Defendants' Motion to Dismiss, so that the parties may explore collaborative solutions and approaches.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew T. Miltenberg* | KEN PAXTON |
| ANDREW T. MILTENBERG | Attorney General of Texas |
| *Pro Hac Vice* | |
| DIANA R. WARSHOW | JEFFREY C. MATEER |
| *Pro Hac Vice* | First Assistant Attorney General |
| STUART BERNSTEIN | |
| *Pro Hac Vice* | BRANTLEY STARR |
| NESENOFF & MILTENBERG, L.L.P. | Deputy First Assistant Attorney General |
| 363 Seventh Avenue, 5th floor | |
| New York, New York 10001 | JAMES E. DAVIS |
| | Deputy Attorney General for Civil Litigation |
| MICHELLE SIMPSON TUEGEL | |
| Texas Bar No. 24075187 | ANGELA V. COLMENERO |
| HUNT & TUEGEL, P.L.L.C. | Chief, General Litigation Division |
| P.O. Box 726 | |
| Waco, Texas 76703 | */s/ Carl.* |
| | H. CARL MYERS |
| ***COUNSEL FOR PLAINTIFF*** | Texas Bar No. 24046502 | So. Dist. Bar 852368 |
| | Attorney-in-Charge |
| | SEAN FLAMMER |
| | Texas Bar No. 24059754 | So. Dist. Bar 1376041 |
| | CHRISTINE M.H. SMITH |
| | Texas Bar No. 24088432 |
| | *Pro Hac Vice* |
| | Assistant Attorneys General |
| | Office of the Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | (512) 463-2120 | FAX: (512) 320-0667 |
| | carl.myers@oag.texas.gov |
| | sean.flammer@oag.texas.gov |
| | christine.smith@oag.texas.gov |
| | |
| | ***COUNSEL FOR DEFENDANTS*** |