## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN DOE**, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| **TEXAS A&M UNIVERSITY**, **DAYNA** | § | |
| **FORD**, as agent for Texas A&M | § | |
| University, **ROBIN SHUGLIE**, as agent | § | |
| for Texas A&M University, **GLENN** | § | |
| **STARNES**, as agent for Texas A&M | § | CIVIL ACTION NO. 4:17-cv-02500 |
| University, **MIKE DULKE**, as agent for | § | |
| Texas A&M University, **KYLE** | § | |
| **MCCRACKEN**, as agent for Texas A&M | § | |
| University, **TERRI ALLISON**, as agent for | § | |
| Texas A&M University, **JOSHUA** | § | |
| **ISRINGHAUSEN**, as agent for Texas | § | |
| A&M University, **DALE NORRIS**, as | § | |
| agent for Texas A&M University, and | § | |
| **ANNE REBER**, as agent for Texas A&M | § | |
| University, | § | |
| *Defendants*. | § | |

## JOINT ADVISORY TO THE COURT AND
## MOTION TO ABATE DEADLINES BY 90 ADDITIONAL DAYS

Discussions about potential resolution have been productive, and the parties would like to continue collaboration before incurring additional attorney fees. In the interest of efficiency and judicial economy, Counsel jointly request an abatement until June 4, 2018 of all deadlines in the case, specifically including the deadline for Plaintiff's Response to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/   Diana Warshow
ANDREW T. MILTENBERG
*Pro Hac Vice*
DIANA R. WARSHOW
*Pro Hac Vice*
NESENOFF & MILTENBERG, L.L.P.
363 Seventh Avenue, 5th floor
New York, New York 10001

MICHELLE SIMPSON TUEGEL
Texas Bar No. 24075187
HUNT & TUEGEL, P.L.L.C.
P.O. Box 726
Waco, Texas 76703

**COUNSEL FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Carl.
H. CARL MYERS
Texas Bar No. 24046502 | So. Dist. Bar 852368
Attorney-in-Charge
SEAN FLAMMER
Texas Bar No. 24059754 | So. Dist. Bar 1376041
CHRISTINE M.H. SMITH
Texas Bar No. 24088432
*Pro Hac Vice*
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
carl.myers@oag.texas.gov
sean.flammer@oag.texas.gov
christine.smith@oag.texas.gov

**COUNSEL FOR DEFENDANTS**