IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN DOE**, <br>    *Plaintiff*, <br><br> v. <br><br> **TEXAS A&M UNIVERSITY**, **DAYNA FORD**, as agent for Texas A&M University, **ROBIN SHUGLIE**, as agent for Texas A&M University, **GLENN STARNES**, as agent for Texas A&M University, **MIKE DULKE**, as agent for Texas A&M University, **KYLE MCCRACKEN**, as agent for Texas A&M University, **TERRI ALLISON**, as agent for Texas A&M University, **JOSHUA ISRINGHAUSEN**, as agent for Texas A&M University, **DALE NORRIS**, as agent for Texas A&M University, and **ANNE REBER**, as agent for Texas A&M University, <br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:17-cv-02500 <br> JURY DEMAND |

## JOINT ADVISORY TO THE COURT AND
## MOTION TO ABATE DEADLINES BY 60 ADDITIONAL DAYS

Discussions about potential resolution have continued to be productive, and the parties would like to further collaborate before incurring additional attorney fees. In the interest of efficiency and judicial economy, Counsel jointly request an abatement until August 19, 2018 of all deadlines in the case, specifically including the deadline for Plaintiff's Response to Defendants' Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| */s/   Diana Warshow* | KEN PAXTON |
| ANDREW T. MILTENBERG | Attorney General of Texas |
| *Pro Hac Vice* | |
| DIANA R. WARSHOW | JEFFREY C. MATEER |
| *Pro Hac Vice* | First Assistant Attorney General |
| NESENOFF & MILTENBERG, L.L.P. | |
| 363 Seventh Avenue, 5th floor | BRANTLEY STARR |
| New York, New York 10001 | Deputy First Assistant Attorney General |
| | |
| MICHELLE SIMPSON TUEGEL | JAMES E. DAVIS |
| Texas Bar No. 24075187 | Deputy Attorney General for Civil Litigation |
| HUNT & TUEGEL, P.L.L.C. | |
| P.O. Box 726 | ANGELA V. COLMENERO |
| Waco, Texas 76703 | Chief, General Litigation Division |
| | |
| | */s/ Carl.* |
| **COUNSEL FOR PLAINTIFF** | H. CARL MYERS |
| | Texas Bar No. 24046502 | So. Dist. Bar 852368 |
| | Attorney-in-Charge |
| | SEAN FLAMMER |
| | Texas Bar No. 24059754 | So. Dist. Bar 1376041 |
| | CHRISTINE M.H. SMITH |
| | Texas Bar No. 24088432 |
| | *Pro Hac Vice* |
| | Assistant Attorneys General |
| | Office of the Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | (512) 463-2120 | FAX: (512) 320-0667 |
| | carl.myers@oag.texas.gov |
| | sean.flammer@oag.texas.gov |
| | christine.smith@oag.texas.gov |
| | |
| | **COUNSEL FOR DEFENDANTS** |