# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JOHN DOE**, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **TEXAS A&M UNIVERSITY**, **DAYNA** § <br> **FORD**, as agent for Texas A&M § <br> University, **ROBIN SHUGLIE**, as agent § <br> for Texas A&M University, **GLENN** § <br> **STARNES**, as agent for Texas A&M § <br> University, **MIKE DULKE**, as agent for § <br> Texas A&M University, **KYLE** § <br> **MCCRACKEN**, as agent for Texas A&M § <br> University, **TERRI ALLISON**, as agent for § <br> Texas A&M University, **JOSHUA** § <br> **ISRINGHAUSEN**, as agent for Texas § <br> A&M University, **DALE NORRIS**, as § <br> agent for Texas A&M University, and § <br> **ANNE REBER**, as agent for Texas A&M § <br> University, § <br> *Defendants*. § | CIVIL ACTION NO. 4:17-cv-02500 <br> JURY DEMAND |

## JOINT ADVISORY TO THE COURT AND
## MOTION TO FURTHER ABATE DEADLINES

Discussions about potential resolution have continued to be productive, and the parties would like to further collaborate before incurring additional attorney fees. The parties have scheduled a full-day mediation of this matter for December 5, 2018. In the interest of efficiency and judicial economy, Counsel jointly request an abatement until Friday, January 18, 2018, of all deadlines in the case, specifically including the deadline for Plaintiff's Response to Defendants' Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| */s/ Diana Warshow* <br> ANDREW T. MILTENBERG <br> *Pro Hac Vice* <br> DIANA R. WARSHOW <br> *Pro Hac Vice* <br> NESENOFF & MILTENBERG, L.L.P. <br> 363 Seventh Avenue, 5th floor <br> New York, New York 10001 <br><br> MICHELLE SIMPSON TUEGEL <br> Texas Bar No. 24075187 <br> HUNT & TUEGEL, P.L.L.C. <br> P.O. Box 726 <br> Waco, Texas 76703 <br><br> ***COUNSEL FOR PLAINTIFF*** | KEN PAXTON <br> Attorney General of Texas <br><br> JEFFREY C. MATEER <br> First Assistant Attorney General <br><br> BRANTLEY STARR <br> Deputy First Assistant Attorney General <br><br> JAMES E. DAVIS <br> Deputy Attorney General for Civil Litigation <br><br> ANGELA V. COLMENERO <br> Chief, General Litigation Division <br><br> */s/ Carl.* <br> H. CARL MYERS <br> Texas Bar No. 24046502 \| So. Dist. Bar 852368 <br> Attorney-in-Charge <br> SEAN FLAMMER <br> Texas Bar No. 24059754 \| So. Dist. Bar 1376041 <br> CHRISTINE M.H. SMITH <br> Texas Bar No. 24088432 <br> *Pro Hac Vice* <br> Assistant Attorneys General <br> Office of the Attorney General <br> General Litigation Division <br> P.O. Box 12548, Capitol Station <br> Austin, Texas 78711-2548 <br> (512) 463-2120 \| FAX: (512) 320-0667 <br> carl.myers@oag.texas.gov <br> sean.flammer@oag.texas.gov <br> christine.smith@oag.texas.gov <br><br> ***COUNSEL FOR DEFENDANTS*** |